No. 90–939.   NAYAK v. MCA, INC., ET AL.   C. A. 5th Cir. Certiorari denied.

No. 90–941.   TOWN OF SUNNYVALE, TEXAS v. MAYHEW ET AL. Ct. App. Tex., 5th Dist.   Certiorari denied.

No. 90–942.   ROSENTHAL v. BROUSSARD, ACTING CHIEF JUSTICE, SUPREME COURT OF CALIFORNIA, ET AL.   C. A. 9th Cir. Certiorari denied.

No. 90–943.   CLARK v. WESTERN UNION TELEGRAPH CO. C. A. 7th Cir.   Certiorari denied.

No. 90–946.   S & M INVESTMENT CO. v. TAHOE REGIONAL PLANNING AGENCY.   C. A. 9th Cir.   Certiorari denied.

No. 90–948.   MCCARTHY v. PRINCE.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 90–950.   ROTH v. STUSSIE, JUDGE, ST. LOUIS COUNTY CIRCUIT COURT, ET AL.   Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 90–957.   NEGRON v. BANCO DE PONCE.   C. A. 2d Cir. Certiorari denied.

No. 90–958.   NONNETTE ET AL. v. CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 90–960.   CATHEY ET UX. v. DOW CHEMICAL COMPANY MEDICAL CARE PROGRAM.   C. A. 5th Cir.   Certiorari denied.

No. 90–961.   MADDEN v. ITT LONG TERM DISABILITY PLAN FOR SALARIED EMPLOYEES ET AL.   C. A. 9th Cir.   Certiorari denied.